UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Chibuzor

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

-against-

Dr. Steven Corwin CEO
Curtis Kellner Director
Dr. Diana Hu PharmD - Pharmacist

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☒ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 16  PM 10: 24

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

ANTHONY          O.          CHIBUZOR
First Name                Middle Initial        Last Name

P. O.  Box  1116
Street Address

Essex County , East Orange , NJ 07019-1116
County, City                 State              Zip Code

(973) 674-3426     aochibs99@gmail.com
Telephone Number              Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:     Dr. Steven Corwin CEO
Name        525 East 68th Street
Address where defendant may be served
New York, New York, NY 10065
County, City          State          Zip Code

Defendant 2:     Curtis Kellner
Name        525 East 68th Street
Address where defendant may be served
New York, New York, NY 10065
County, City          State          Zip Code

Page 2

Defendant 3:

_Ms. Diane Hu PharmD_
Name

_525 East 68th Street_
Address where defendant may be served

_New York, New York, NY 10065_
County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_New York Presbyterian Hospital_
Name

_525 East 68th Street_
Address

_New York, NY 10065_
County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☒ sex: _See attached titled "Labor Dispute"_

☐ national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):
_harassment ~~used~~ while I_ _was hard at work; while I was doing my duty._

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☒  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☒  harassed me or created a hostile work environment

☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

*I was harassed while I was doing my job.*

*See attached document titled "Labor Dispute", please.*

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   _February 5, 2020_

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   _August 13, 2020_

When did you receive the Notice?   _August 20, 2020_

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☒ direct the defendant to hire me   } _I would wish that the Court declares their action of terminating me, a nullity (ie their action is null and void)_

☒ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_As may be due under the law, please. Damages and Compensation on the basis of Mental torture, health related difficulties. Would also want the Court to declare my termination a nullity (ie null and void)._

Page 6

## VII.  PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_Nov 13, 2020_         _Anthony·O. Chibuzor_
Dated                   Plaintiff's Signature

_Anthony    O.    Chibuzor_
First Name      Middle Initial    Last Name

_P. O. Box    1116_          } Mailing
Street Address                Address.

_East Orange,    NJ    07019 - 1116_
County, City         State         Zip Code

_(973) 674-3426_         _aochibs99@gmail.com_
Telephone Number         Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

_email: aochibs99@gmail.com_

_Residential Address_                    Page 7

_Name: Anthony Chibuzor_
_83-85 Halsted Street_
_Apt. 201_
_East Orange, NJ 07018_



**United States District Court**
**Southern District of New York**

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address                     City                    State                   Zip Code

_____

Telephone Number                            E-mail Address

_____

Date                                        Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# Labor Dispute
-  a case of wrongful dismissal from employment

## Anthony Chibuzor

December 6, 2019

Labor Dispute – a case of a wrongful dismissal from employment

# Incident of August 17, 2019 at New York Presbyterian Hospital, New York, NY 10065.

- Assumed duty at about 3:00 pm (15:00 GMT) at the IV Setup Room
- Relieved the morning intern who was on duty
- Settled into the flow of my duties of compounding IVs in the IVsetup-cleanroom
- I was compounding some medication solutions, Keppra **(levetiracetam),** when an intern, Michelle, inquired if I had a label for Sodium Bicarbonate with me.
- I stopped what I was doing and searched through the set of iv trays (bins) to be compounded and showed Michelle the Sodium Bicarbonate IV that was in the cleanroom. Michelle stated that was not the patient of interest.
- I swung back to the hood and completed the Keppra IV.
- I picked up another tray to compound, a Labetalol 400 mg in 200 ml of IV solution. I have everything set for the labetalol in the hood and I as proceeded to compounding the labetalol IV, Michelle opened the door to the cleanroom and informed me that there is a Sodium Bicarbonate in the pass-through window and that it was STAT.
- I said thanks to her and proceeded to finish compounding the labetalol IV that I had in the hood.
- While I was finishing the labetalol IV, Michelle, walked into the cleanroom and she started selecting sodium bicarbonate vials.
- I told her, Michelle, that I am done with the labetalol IV and I will compound the Sodium Bicarbonate right away.
- Michelle said OK and left the cleanroom.
- I passed the labetalol through the window to be checked and picked up the sodium bicarbonate IV to compound.
- Diana, the Pharmacist, walks into the cleanroom.
- I inquired if she had a specific time in which the IV (the sodium bicarbonate) is to be completed.
- I asked again and proceeded to the hood to accomplish the task of compounding the IV (Sodium bicarbonate IV). The Rx-vials that Michelle had selected were in the bin/tray that I had in my hands. I turned away from

Edited: March 28, 2020.                                                      Page 1

Labor Dispute – a case of a wrongful dismissal from employment

Diana as I proceeded to the biological safety cabinet (the hood) to compound the medication. My back was turned to Diana.

- Diana rushed into me and she punched/poked/hit me in the left side of my stomach.
- This action of Diana jolted me ... as I was surprised by such an act. In reaction to the poking/punch to my stomach, I lifted my left arm in a reflex action. I felt some shift of weight on the medication bin/tray which I am holding with my right hand; I returned my left hand to the bin and there and behold, Diana was pulling the bin away from the hood.
- Surprised, I asked Diana if she has a specific time within which the medication should be compounded. Recall it is a STAT medication.
- Diana answered that she wants someone else to compound the medication.
- I responded, very well you may have it. I let go the tray and Diana left the cleanroom.
- **Hundred percent of this incident of Saturday, August 17, 2019 is fully recorded in the video system/camera system installed in the cleanroom at New York Presbyterian Hospital, 525 East 68th Street, New York, NY 10065.**
- I gave my statement to the security officer Jackson who asked me to return to my duty.
- I went back into the Cleanroom and continued compounding the medication solutions (IVs) that were being passed to me.
- Later on, security officer Craig arrived and Samuel Botros, a pharmacist, came into the cleanroom and asked me out to see the security officer.
- I came out of the cleanroom and security officer Jackson told me that "we have decided to send you home". Security Officer Jackson said "we" as he pointed to security officer Craig and himself.
- Security Officers Jackson and Craig walked me to the clock; where I clocked out at about 6:10 pm on Saturday, August 17, 2019 and they (Jackson and Craig) walked me out of the hospital.
- That is the incident on the day in question.


Incidentals of the day – August 17, 2019.

During the day in question, while I was compounding, there was a control medication that had to be compounded ASAP, but I could not proceed

Edited: March 28, 2020.                                          Page 2

Labor Dispute – a case of a wrongful dismissal from employment

because the pharmacist did not provide me with the "green label" that bears the lot number of the control medication. It took about 5 minutes or more before the pharmacist(s) were able to resolve the label issue. Later on, I found out that the requested label (with the control lot number) was thrown into the garbage can; close to where the pharmacist usually sits. The control label might have fallen off from the bin accidentally while the pharmacist is getting the bin ready.

I do not know if this ruffled the ego of the pharmacists – Diana Hu and Sam Botros – that I pointed out that one of the green labels is missing. To me (Anthony Chibuzor), it is nothing and a usual occurrence amongst several of the pharmacists … including not having the control drug in the bin/tray when it is passed onto me for compounding. I have been at the hospital for about 12 years on duty and have experienced quite a lot.

### Saturday, August 17, 2019 through Wednesday, August 21, 2019.

I was in deep shock and unable to eat and fell ill.
On Monday, I made an emergency visit to my doctor who prescribed some controlled medications for me.
On Wednesday, August 21, 2019, I called my Manager Jimmy Lam to report that I was sick and would not be able to come to work. Mr. Jimmy Lam informed me that Ms. Rukeya McFadden (Human Resources) is trying to get in touch with me. I requested the contact information of Ms. McFadden from Jimmy, which he provided to me.
On Thursday, August 22, 2019, I contacted Ms. Rukeya McFadden and she scheduled me to meet with her.

### Meeting with Ms. Rukeya Mcfadden(Human Resources) and Security Officer Angel.

I met with Ms. McFadden and Security Officer Angel at Mr. Angel's office at New York Presbyterian Hospital, York Ave/72nd Street, New York, New York.

At the meeting I stated the incident an when I informed them that I was punched in my stomach by Ms. Diana Hu, the Pharmacist after I had turned

Labor Dispute – a case of a wrongful dismissal from employment

towards the hood to get my job done, Mr. Angel exclaimed ... oh! .. raising his hands up and forcefully. Then Officer Angel asked me do I mean that Diana touched me?

I quietly informed both Ms. Rukeya and Mr. Angel that I am only stating the fact without malice to Ms. Diana Hu, please. Since Diana was behind me, it could have been a poke or punch but there was a thrust of force into the left side of my stomach which jolted me.

At the conclusion of the meeting, I asked if I could get back to work, but Ms. Rukeya replied, "No, you ae still suspended".

I expressed my gratitude for the meeting and left for my residence ... to New Jersey, USA.

## Meeting Mr. Curtis Kellner, the Director of Pharmacy; Wednesday, September 4, 2019.

On Wednesday, September 4, 2019, Mr. Curtis Kellner scheduled me to meet with him.
At the meeting, Mr. Curtis Kellner terminated my appointment. When I asked him if he watched the video of the incident, Mr. Curtis stated No!

I gave up and embraced my fate and was escorted out by a security officer to York Ave, New York, New York.

### General Statement.

Notice that I stated that when I had turned towards the hood and proceeded to compound the medication, Diana rushed at me. The incidence of contact was caused by Diana violating my space and her harassing behavior. Secondly, I let Diana have the tray once she stated she wanted some else to compound the medication.

Labor Dispute – a case of a wrongful dismissal from employment

### Sworn Affidavit.

I would be very grateful if EEOC would obtain sworn affidavits from the following employees of the New York Presbyterian Hospital, 525 E 68th Street, New York, NY 10065, please. They include:

1) Ms. Diana Hu - Pharmacist – Pharmacy Department
2) Mr. Samuel Botros – Pharmacist – Pharmacy Department
3) Security Office Jackson - Security Office
4) Security Officer Craig – Security Office
5) Security Officer Angel – Security Office
6) Ms. Rukeya McFaden – Human Resource Officer; Phone (212) 746-1426; (347)758-0798 (mobile)
7) Mr. Curtis Kellner – Director of Pharmacy, Pharmacy Dept.; Phone: (212)746-0736; (646) 734-9660 (mobile). Email: cuk9002@nyp.org
8) Mr Jimmy Lam – Manager Pharmacy Department – Phone: (212) 746-2006
9) The Human Resource Personnel Representative for Pharmacy – HR Department

New York Presbyterian Hospital, New York, NY 10065 has over 1000 employees.

### Resolution of this complaint of mine:
I seek all the relief that I am entitled to under the law. I seek relief to have my termination declared wrongful and a nullity. I seek no windfall nor do I want to be patronized over this complaint of mine. I seek relief and compensation for all the metal stress and health issues and hardship that I had experienced from this wrongful termination of my employ at New York Presbyterian Hospital, New York. NY 10065. I seek the opportunity to present my case before a High Court Judge. I would appreciate it if the EEOC would grant me the opportunity to present my case before a constituted authority, a High Court Judge, please.

Thank you.

Sincerely,

*Anthony O. Chibuzor*
Anthony O. Chibuzor

*April 23, 2020.*

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE (    )

ANTHONY CHIBUZOR
P.O. Box 1116
EAST ORANGE, NJ 07019

**PAYMENT BY ACCOUNT** (if applicable)

USPS Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

||| EK 082884977 US

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY ★ MAIL ★ EXPRESS™**

**Post Office To Addressee**

**DELIVERY OPTIONS** (Customer Use Only)

☑ SIGNATURE REQUIRED
Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE (    )

Dr. JUDY KEENAN
DIRECTOR
EEOC, New York DISTRICT
33 WHITEHALL St, 5th FLOOR
NEW YORK, NY 10004

ZIP + 4® (U.S. ADDRESSES ONLY)

- USPS Tracking™, visit USPS.com or call 800-222-1811.
- $ Included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 07019 | 2/5/2020 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 2/4/2020 | 12:00 ☐ AM ☑ PM | $ | $ |

| Time Accepted | | Return Receipt Fee |
|---|---|---|
| 4:46 ☑ AM ☐ PM | ☐ Loss Guarantee Only | $ |

| Weight | ☑ Flat Rate | Total Postage & Fees |
|---|---|---|
| lbs. 2 /oz. | ☐ Live Shipment | $ 26.35 |

| | Acceptance Employee Initials |
|---|---|
| ☐ Sunday/Holiday Premium | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JULY 2013          PSN 7690-02-000-9996          **2-CUSTOMER COPY**

# USPS Tracking®

## Track Another Package +

Remove ✕

**Tracking Number:** EK082884977US

**Scheduled Delivery by**

## WEDNESDAY

# 5 FEBRUARY 2020 ⓘ

by

## 12:00pm ⓘ

 **Delivered**

February 5, 2020 at 10:49 am
Delivered
NEW YORK, NY 10004

Get Updates ∨

Feedback

---

| **Text & Email Updates** | ∨ |

---

| **Proof of Delivery** | ∨ |

---

| **Tracking History** | ∧ |

February 5, 2020, 10:49 am
Delivered
NEW YORK, NY 10004
Your item was delivered at 10:49 am on February 5, 2020 in NEW YORK, NY 10004. Waiver of signature was exercised at time of delivery.

February 5, 2020, 10:27 am
Arrived at Post Office
NEW YORK, NY 10006

February 5, 2020, 8:52 am
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

February 4, 2020, 7:14 pm
Arrived at USPS Regional Facility
NEWARK NJ DISTRIBUTION CENTER

**February 4, 2020, 6:30 pm**
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

**February 4, 2020, 6:17 pm**
Departed Post Office
EAST ORANGE, NJ 07018

**February 4, 2020, 4:46 pm**
USPS in possession of item
EAST ORANGE, NJ 07018

---

**Product Information**                                                                ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Anthony Chibuzor

P. O. Box 1116, East Orange, NJ 07019-1116 Phone: (973) 674-3426 email: aochibs99@gmail.com

February 3, 2020

Judy Keenan
The Director,
EEOC
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004

Dear Director Judy Keenan,

Re: EEOC Complaint of Discrimination at New York Presbyterian Hospital, New York, NY 10065.

I, Anthony Chibuzor, hereby allege that I was discriminated on the bases of Sex (Male) from an incident that occurred while I was hard at work and doing my duties at New York Presbyterian Hospital, 525 East 68th Street, New York, NY 10065 on Saturday, August 17, 2019.

The incident which I deem to be a harassment on my person while I was at work was to my surprise used as a basis for my suspension without pay and the termination of my employment with New York Presbyterian Hospital, 525 E 68th Street, New York, NY 10065.

In the said incident, I was harassed while I was on duty and hard at work, diligently. The staff who harassed me was Ms. Diana Hu (Pharmacist). She called the Hospital Security on me. The resultant effect is that I was suspended without pay and terminated from my employ at New York Presbyterian Hospital, 525 East 68th Street, New York, NY 10065.

The entire incident is captured in the video camera system of the Hospital. The video system of the hospital records 24 hours, round the clock, every day.

I will submit a comprehensive chronological order of the incident in the due course but in the meantime, I would be very grateful if EEOC would obtain sworn affidavits from the following employees of the New York Presbyterian Hospital, 525 E 68th Street, New York, NY 10065, please. They include:

1) Ms. Diana Hu -  Pharmacist – Pharmacy Department
2) Mr. Samuel Botros – Pharmacist – Pharmacy Department

3) Security Office Jackson - Security Office
4) Security Officer Craig – Security Office
5) Security Officer Angel – Security Office
6) Ms. Rukeya McFaden – Human Resource Officer; Phone (212) 746-1426; (347)758-0798 (mobile)
7) Mr. Curtis Kellner – Director of Pharmacy, Pharmacy Dept.; Phone: (212)746-0736; (646) 734-9660 (mobile). Email: cuk9002@nyp.org
8) Mr Jimmy Lam – Manager Pharmacy Department – Phone: (212) 746-2006
9) The Human Resource Personnel Representative for Pharmacy – HR Department


New York Presbyterian Hospital, New York, NY 10065 has over 1000 employees.

Resolution of this complaint of mine: I seek all the relief that I am entitled to under the law. I seek relief to have my termination declared wrongful and a nullity. I seek relief and compensation for all the metal stress, health issues and hardship that I have experienced from this wrongful termination of my employ at New York Presbyterian Hospital, New York, NY 10065. I seek the opportunity to present my case before a High Court Judge. I would appreciate it if the EEOC would grant me the opportunity to present my case before a constituted authority, please.

Thank you.

Sincerely,

Anthony O. Chibuzor

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

NEW YORK NY 100

14 AUG 2020 PM 14 L



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Anthony Chibuzor
Po Box 1116
East Orange NJ 07019

07019-111616

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Anthony O. Chibuzor**
**P O Box 1116**
**East Orange, NJ 07019**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2020-02418** | **Perry Canales,** **Supervisory Investigator** | **(929) 506-5318** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Perry A, Canales** Digitally signed by Perry A, Canales
DN: cn=Perry A, Canales, o=Equal Employment
Opportunity Commission, ou=New York District
Office, email=perry.canales@eeoc.gov, c=US
Date: 2020.08.13 18:19:52 -04'00'
For

8/13/2020

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Mailed)*

cc: **Curtis Kellner**
**Director of Pharmacy**
**NEW YORK PRESBYTERIAN HOSPITAL**
**525 East 68th St.**
**New York, NY 10065**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND **EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## PRE-CHARGE INQUIRY

| For Official Use Only – Inquiry Number: |
| --- |

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer all questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
| --- | --- |
| **Personal Information** | First Name: *ANTHONY*  MI: *O*  Last Name: *CHIBUZOR* <br><br> Home Phone: (973) 674 3426 Cell: ( *N/A*  Email: *aochibs99@gmail.com* <br><br> Address: *P. O. Box 1116*  Apt.: _____ <br><br> City: *East Orange*  County: *Essex*  State: *NJ*  Zip Code: *07019* <br><br> What is the best way to reach you? *email* <br><br> What are the best days and times to reach you? *Weekdays 1pm – 2pm* <br><br> Do you need language assistance? Yes ☐ No ☒ <br><br> If so, what do you need? _____ <br><br> Date of Birth: *11/26/1958*  Sex: Male ☒ Female ☐ <br><br> General information about you that will allow us to serve all individuals better: <br><br> i. Are you Hispanic or Latino? Yes ☐  No ☒ <br><br> ii. What is your race? Choose all that apply: American Indian or Alaskan Native ☐   Asian ☐ <br><br> Black or African American ☒   Native Hawaiian or Other Pacific Islander ☐   White ☐ <br><br> iii. What is your National Origin or ancestry? *AFRICAN* |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐ <br><br> Organization Name: *New York Presbyterian Hospital* <br><br> Address: *525 East 68th Street*  Suite: _____ <br><br> City: *New York*  County: *New York* State: *NY*  Zip Code: *10065* <br><br> Name of Human Resources Director or Owner: *(CEO) Dr. Steven Corwin (CEO)* <br><br> Email: *Corwist@nyp.org*  Phone: (212) 342-5264 |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who do you think discriminated against you?** (continued) | How many employees (estimated) does the organization have at all locations? Check one:<br>Less than 15 ☐    15-100 ☐    101-200 ☐    201-500 ☐    More than 500 ☒<br>Where you work(ed), or applied to work, if different from the organization address above:<br>Address: _____ Suite: _____<br>City: _____ County: _____ State: _____ Zip Code: _____ |
| **Why do you think you were discriminated against?** | I think I was discriminated against because of:<br><br>☐  Race – Your race: _____<br><br>☐  Color – Your color: _____<br><br>☐  Religion – Your religion: _____<br><br>☒  Sex (including pregnancy, gender identity, or sexual orientation)<br><br>☐  National origin – Your national origin: _____<br><br>☐  Age (40 or older) – Your age at the time of the adverse employment action: _____<br><br>☐  Disability – Check all that apply:<br>　　☐  I have a disability<br>　　☐  I had a disability in the past<br>　　☐  I don't have a disability but I am treated as if I have a disability<br>　　☐  I am closely related to or associated with a person with a disability<br><br>　　The disability involved: _____<br><br>　　Is your employer aware of the disability?  Yes ☐    No ☐<br><br>　　If yes, how? _____<br><br>☐  Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing<br><br>☐  Retaliation – Check all that apply:<br>　　☐  I filed a charge of job discrimination about any of the above<br>　　☐  I contacted a government agency to complain about job discrimination<br>　　☐  I complained to my employer about job discrimination<br>　　☐  I helped or was a witness in someone else's complaint about job discrimination<br>　　☐  I requested an accommodation for my disability or religion<br><br>☐  None of the above – The reason for this inquiry: _____ |
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age.  State the date the action happened.<br>Date: 08/17/2019 Action: I was harrassed while I was at work by a female pharmacist. I have enclosed details of the incident, please.<br>Date: __/__/_____ Action: _____<br><br>Name of Person(s) Responsible: Ms Rukeya, Officer Angel, Ms Diana Hu and Mr Curtis Kellner. |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What reason(s) were you given for this job action?** | Reason(s): _I was not told; but Curtis Kellner informed me that Ms Rukeye did not believe me._ Who told you this? _Mr Curtis Kellner_ His or Her Job Title: _Director of Pharmacy._ |
| **What is your job, previous job, or the job you applied for?** I do not recall my initial pay. | Date Hired: _03/12/2007_ Job Title at Hire: _Pharmacy Technician_ Annual Pay Rate When Hired: approx $17/hr (?) Last or Current Annual Pay Rate: approx $27·30/hr Job Title at Time of Alleged Discrimination: _Pharmacy Technician_ Date Your Employment Ended: _08/17/2019_ Select One: Quit ☐ Discharged/Laid off ☒ Name and Title of your Immediate Supervisor: _Mr Jimmy Lam_ Job Applicants - What was the title of the job you applied for: _N/A_ Date you applied: ___/___/_____ Date you found out you were not hired: ___/___/_____ |

Proc 4/23/2020

**Was another person in the same or similar situation treated the same, better, or worse than you?**
**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: _Ms. Diana Hu_ Job Title: _Pharmacist_ Email: _?_ Check how they are different from you: Race ☐ Color ☐ Religion ☐ Sex ☒ National Origin ☐ Age ☐ Disability ☐ How were they treated better? _SHE PUNCHED ME WHILE I WAS AT WORK._ Date: _08/17/2019_ 2. Name: _____ Job Title: _____ Email: _____ Check how they are different from you: Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐ How were they treated better? _____ Date: ___/___/_____ |
| **Who was treated WORSE than you?** | Name: _No IDEA_ Job Title: _____ Email: _____ Check how they are different from you: Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐ How were they treated worse? _____ Date: ___/___/_____ |
| **Who was treated the SAME as you?** | Name: _No IDEA_ Job Title: _____ Email: _____ Check how they are different from you: Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐ How were they treated the same? _____ Date: ___/___/_____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say.** | 1. Name: _THE HOSPITAL VIDEO/CAMERA SYSTEM_   Job Title: _Records 24hrs_<br>Email: _IN THE CLEANROOM._   Phone: (   )<br>What will they tell us? _THE VIDEO/CAMERA FILMS WILL SHOW THE ENTIRE INCIDENCE._<br><br>2. Name: _____   Job Title: _____<br>Email: _____   Phone: (   ) _____<br>What will they tell us? _____ |
| **Have you already filed a charge on this matter with the EEOC?** | Yes ☒   No ☐   _IN FEBRUARY 2020_<br>If yes: Date you filed: _02/05/2020_ Charge Number: _NO IDEA_<br>_USPS TRACKING #: EK 082884977 US_ |
| **Have you filed a complaint on this matter with another agency?** | Yes ☐   No ☒<br>If yes: Agency name: _____<br>Date you filed: ___/___/_____   Complaint Number: _____ |
| **Do you have someone representing you in this matter?** | Yes ☐   No ☒   _I cannot afford an Attorney._<br>If yes:   Attorney ☐   Union ☐   Other ☐<br>Name: _____   Date of Contact: ___/___/_____<br>Email: _____   Phone: _____ |
| **Who can we contact if we are unable to reach you?** | Name: _— None —_   Relationship: _____<br>Address: _____ City: _____ State: _____ Zip Code: _____<br>Email: _____ Home Phone: (   ) _____ Cell: (   ) _____ |
| **Privacy Act Statement**<br><br>_Aoe_<br><br>_04/23/2020_ | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED OCTOBER 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued October 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same basis as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

Signed: _Anthony O. Chibuzor_   _April 23, 2020._

THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## CHARGE OF DISCRIMINATION

| For Official Use Only – Charge Number: |
| --- |
| |

EEOC Form 5A (October 2017)

| | |
| --- | --- |
| **Personal Information** | First Name: ANTHONY    MI: O   Last Name: CHIBUZOR<br>Address: P. O. Box 1116    Apt.: _____<br>City: EAST ORANGE County: ESSEX    State: NJ Zip Code: 07019<br>Phone: (973) 674-9426 Home ☒ Work ☐ Cell ☐ Email: aochibs99@gmail.com<br>3426 |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: New York Presbyterian Hospital<br>Address: 525 East 68 Street    Suite: _____<br>City: New York    State: NY  Zip Code: 10065 Phone: (212) 746-0736 |
| **Why you think you were discriminated against?** | Race ☐   Color ☐   Religion ☐   Sex ☒   National Origin ☐   Age ☐<br><br>Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: August 17, 2019<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br><br>I was harassed while I was hard at work doing my job by a female employee. The female employee is Ms Diana Hu, a Pharmacist and I am a pharmacy Technician. The details is attached, please. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: Anthony - O - Chibuzor  Date: 04/23/2020 |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

A Chibuzor
PO Box 1116
East Orange, NJ 07019

RECEIVED
SDNY PRO SE OFFICE

2020 NOV 16  AM 10: 16

Pro Se Office
Room 230

Daniel Patrick Moynihan.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312